# United States Court of Appeals
## For the First Circuit

---

No. 05-2588

UNITED STATES OF AMERICA,

Appellee,

v.

MARINO PÉREZ,

Defendant, Appellant.

---

ERRATA

The Opinion issued on December 15, 2006 is amended as follows:

Page 6, Line 15, "15 months" should be "25 months".